McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CORONA,<br><br>   Plaintiff,<br><br> v.<br><br>MATTHEW ALBENCE, *et al.*,<br><br>   Defendants. | Case No. 1:19-cv-1104 LJO SAB<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF HEARING<br><br>Hearing Date: October 29, 2019<br>Time: 8:30 A.M.<br>Hon. Lawrence J. O'Neill |

  The parties were in the process of preparing a stipulation to continue the October 29, 2019 hearing when this Court issued today's minute order. The United States requests an extension of time to file its reply, until December 3, 2019, as the parties are attempting to reach an administrative resolution to the matter.

Date: October 25, 2019

                 Respectfully Submitted,

                 McGREGOR W. SCOTT
                 United States Attorney

              By: /s/ *Audrey B. Hemesath*
                 Audrey B. Hemesath

Assistant U.S. Attorney
*/s/ Willard P. Bakeman*
WILLARD P. BAKEMAN
Attorney for Plaintiffs

ORDER

The United States' request for an extension of time to file its reply is GRANTED. Any such reply shall be filed on or before December 3, 2019.

IT IS SO ORDERED.

Dated: **October 28, 2019**    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE